### Michael P. HENDERSON, Appellant,

v.

### Mikki PETERICK and Mille Lacs County Family Services, Appellees.

### No. 10–3158.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 24, 2011.

Filed: March 16, 2011.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Michael Henderson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record de novo, *see Am. Home Assurance Co. v. Pope,* 487 F.3d 590, 598 (8th Cir.2007) (standard of review), we find no trialworthy issue as to whether defendants violated Henderson's civil rights. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.